# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-6816 AB (SSx) | Date | May 9, 2019 |
| Title | Chameleon Chairs, LLC v. Theoni, Inc. | | |

Present: The Honorable   SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE

| Marlene Ramirez | CS 5/09/19 | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Rudolph A. Telscher, Jr. | Rachael D. Lamkin |

Proceedings:       Settlement Conference

The case is called. Counsel state their appearances on the record. Plaintiff's representative, Jerome M. Smolar, is present. Defendant's representative, Betsy Stone, is also present.

A settlement has been reached. The parties agreed to certain deadlines as part of the settlement agreement. The parties shall file a Stipulation Re Dismissal no later than June 10, 2019. If the parties cannot satisfy the deadline for filing a Stipulation Re Dismissal, the parties shall notify Judge Segal's courtroom deputy, Marlene Ramirez, at (213) 894-3598.

cc: District Judge Andre Birotte, Jr.

                                                                                          5    :   30
                                                    Initials of Preparer       mr