Rudolph A. Telscher, Jr.*
rudy.telscher@huschblackwell.com
Kara R. Fussner*
kara.fussner@huschblackwell.com
Erin D. Knese*
erin.knese@huschblackwell.com
Michael C. Martinich-Sauter
michael.martinich-sauter@huschblackwell.com
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
314-480-1500 Telephone
314-480-1505 Facsimile
*Pro Hac Vice

Ben M. Davidson (CA Bar No. 181464)
ben@dlgla.com
DAVIDSON LAW GROUP, ALC
4500 Park Granada Blvd., Suite 202
Calabasas, CA 91302
310-473-2300 Telephone
310-473-2941 Facsimile

*Attorneys for Plaintiff/Counterclaim Defendant Chameleon Chairs LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| CHAMELEON CHAIRS LLC,<br><br>*Plaintiff/Counterclaim Defendant,*<br><br>v.<br><br>THEONI, INC.,<br><br>*Defendant/Counterclaim Plaintiff.* | Case No.: 2:18-cv-06816-AB-SSx<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. Proc.41(a)(1)(A)(ii), the parties stipulate to dismissal of the above-captioned litigation, with prejudice, each party to bear its own fees and costs, pursuant to the terms of the parties' Settlement Agreement. This Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

| | | |
|---|---|---|
| 1 | Dated: July 12, 2019 | Respectfully submitted, |
| 2 | | |
| 3 | By: */s/ Rudolph A. Telscher, Jr.* | By: */s/ Rachael D. Lamkin* |
| 4 | Rudolph A. Telscher, Jr.* | Rachael D. Lamkin |
| | rudy.telscher@huschblackwell.com | rdl@lamkinipdefense.com |
| 5 | Kara R. Fussner* | Lamkin IP Defense |
| 6 | kara.fussner@huschblackwell.com | 655 Montgomery St., 7th Floor |
| | Erin D. Knese* | San Francisco, CA 94111 |
| 7 | erin.knese@huschblackwell.com | 916.747.6091 Telephone |
| 8 | Michael C. Martinich-Sauter | 916.747.6091 Facsimile |
| | michael.martinich- | |
| 9 | sauter@huschblackwell.com | |
| 10 | HUSCH BLACKWELL LLP | |
| | 190 Carondelet Plaza, Suite 600 | |
| 11 | St. Louis, MO 63105 | |
| 12 | 314.480.1500 Telephone | |
| | 314.480.1505 Facsimile | |
| 13 | *Pro Hac Vice* | |
| 14 | | |
| | Ben M. Davidson (State Bar No. 181464) | |
| 15 | DAVIDSON LAW GROUP, ALC | |
| 16 | 4500 Park Granada Blvd., Suite 202 | |
| | Calabasas, CA 91302 | |
| 17 | 310. 473.2300 Telephone | |
| | 310. 473.2941 Facsimile | |
| 18 | ben@dlgla.com | |

| | | | |
|---|---|---|---|
| | Case No. 2:18-cv-06816-AB-SSx | 2 | STIPULATION OF DISMISSAL |

DocID: 4834-4869-5452.1

**Local Rule 5-4.3.4(a)(2)(i) Certificate**

The signatures of all signatories may be indicated on the document with an "/s/," and the filer shall attest on the signature page of the document that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of July 2019, I caused the foregoing to be filed electronically with the Clerk of the Court and to be served via the Court's Electronic Filing System upon all counsel of record.

*/s/ Rudolph A. Telscher, Jr.*